# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02905-NYW

ALTERRA EXCESS & SURPLUS INUSRANCE COMPANY,

    Plaintiff,

v.

LAW OFFICE OF MICHAEL P. MEDVED, P.C.,
MICHAEL P. MEDVED,

    Defendants.

## ORDER

Magistrate Judge Nina Y. Wang

This civil action comes before the court on Plaintiff Alterra Excess & Surplus Insurance Company's unopposed Motion for Leave to File Amended and Supplemental Complaint. (Doc. #27).

IT IS ORDERED that Plaintiff's Motion for Leave File Amended and Supplemental Complaint is GRANTED. Plaintiff is permitted to file a First Amended Complaint. Pursuant to D.C.COLO.LCivR 15.1(b), Plaintiff shall file and serve on Defendants the First Amended Complaint within 14 days of the date of this Order.

DATED this 12th day of February, 2015.

                                            BY THE COURT:

                                            s/Nina Y. Wang _____
                                            United States Magistrate Judge