IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2905-NYW

ALTERRA EXCESS & SURPLUS INSURANCE COMPANY,

Plaintiff,

v.

LAW OFFICE OF MICHAEL P. MEDVED, P.C.,
MICHAEL P. MEDVED,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

This civil action comes before the court on Plaintiff Alterra Excess & Surplus Insurance Company's ("Alterra") Unopposed Motion to Amend Scheduling Order [#33], filed March 11, 2015, and Plaintiff Alterra's Unopposed Motion for Extension of Time to Answer Defendants' Discovery Requests [#34], filed March 11, 2015 (collectively, the "Motions").

Alterra's Motions are GRANTED.  IT IS ORDERED THAT:

(1) Alterra shall have up to and including **March 23, 2015** to file an Answer to Defendants' Counterclaim;
(2) Alterra shall have up to and including **April 1, 2015** to respond to Defendants' pending discovery requests;
(3) the discovery cut-off shall be **October 2, 2015**;
(4) the dispositive motions deadline shall be **November 2, 2015**;
(5) affirmative expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made and served on opposing counsel on or before **July 31, 2015**;
(6) rebuttal expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made and served on opposing counsel on or before **August 17, 2015**;
(7) the Parties shall prepare and submit a proposed pre-trial order on or before **December 14, 2015**;
(8) the final pre-trial conference is set for **December 21, 2015** at 10:00 a.m., in Courtroom C-205, 2nd Floor, Byron G. Rogers Courthouse, 1961 Stout Street, Denver, Colorado.

DATED March 13, 2015