**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-2905-NYW

ALTERRA EXCESS & SURPLUS INSURANCE COMPANY,

Plaintiff,

v.

LAW OFFICE OF MICHAEL P. MEDVED, P.C.,
MICHAEL P. MEDVED,

Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

This civil action comes before the court on the Parties' Joint Motion to Amend Scheduling Order, filed July 9, 2015 [#43] (the "Motion").

The Motion is GRANTED. IT IS ORDERED that:

(1) The discovery cut-off is hereby re-set to **November 30, 2015**;
(2) The dispositive motions deadline is hereby re-set to **December 28, 2015**;
(3) Affirmative expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made and served on opposing counsel on or before **September 25, 2015**;
(4) Rebuttal expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made and served on opposing counsel on or before **October 12, 2015**;
(5) The parties shall prepare and submit a proposed pre-trial order on or before **February 8, 2016**;
(6) The pre-trial conference set for December 21, 2015 at 10:00 a.m. in Courtroom C-204, 2nd Floor, Byron G. Rogers Courthouse, 1961 Stout Street, Denver, Colorado is hereby **VACATED**; and
(7) The final pre-trial conference is set **for February 16, 2016 at 10:00 a.m.** in Courtroom C-204 2nd Floor, Byron G. Rogers Courthouse, 1961 Stout Street, Denver, Colorado.

DATED: July 14, 2015