**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-2905-NYW

ALTERRA EXCESS & SURPLUS INSURANCE COMPANY

Plaintiff,

v.

LAW OFFICE OF MICHAEL P. MEDVED, P.C.,
MICHAEL P. MEDVED,

Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

  This civil action comes before on Defendants' Law Office of Michael P. Medved, P.C. and Michael P. Medved's ("Defendants") Unopposed Motion for Stay, filed on July 23, 2015 [#45] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED AS FOLLOWS: the court ORDERS that this case be administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to "reopening for good cause" pursuant to that rule. [*Id.*]

DATED: July 28, 2015